SUE CAMPBELL, SBN 98728
CAMPBELL LAW OFFICE
370 George Hood Lane
Palo Alto Ca. 94306
Phone: (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC<br><br>Defendant(s). | CASE NO.: 15-CV-04352 EDL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER AS MODIFIED<br><br>Date: March 1, 2016<br>Time: 10:00 A.M.<br>Place: Courtroom E, 15th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendant has been served. Default has been entered. Plaintiffs plan to file an amended complaint and plan to file a default judgment.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

Funds. Plaintiff would like to continue the case until April 18, 2016. Default has been entered against the Defendant. Since the last status conference Plaintiffs have reached an agreement to settle a related bond claim with the General Contractor for benefits due and a claim on the contractor's license bond. Pursuant to that settlement agreement with the General Contractor on the claim on their payment bond, Plaintiffs have agreed to amend this complaint agianst Hettinger Electric to include the General Contractor as a plaintiff to the extent that they have made payments to the trust funds for benefits due by Hettinger Electric. We are in the process of finalizing this agreement with the General Contractor, the terms of the amended complaint and final terms of the default judgment. Therefore, Plaintiffs request that the case be continued until April 18, 2016, for another Case Management Conference with the goal of submitting an amended complaint and default judgment at that time that reflects the payments made by the General Contractor and the new parties.

Respectfully submitted,

Dated: February 24, 2016

/S/
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to April ~~18~~ 19, 2016, at 10:00 A.M., in Courtroom E, 15th Floor. Plaintiff will file an update case management conference statement ~~and proposed action~~ seven (7) days prior to the Case Management Conference.

Dated: February 24, 2016

*Elijah D. Laporte*
JUDGE OF THE U.S. DISTRICT COURT

CAMPBELL LAW OFFICE
370 George Hood Ln.
Palo Alto, CA 94306

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. 15-CV-04352 EDL