SUE CAMPBELL, SBN 98728
CAMPBELL LAW OFFICE
370 George Hood Lane
Palo Alto Ca. 94306
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC<br><br>Defendant(s). | CASE NO.: 15-CV-04352 EDL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br>`As Modified`<br><br>Date: April 19, 2016<br>Time: 10:00 A.M.<br>Place: Courtroom E, 15th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendant has been served. Default has been entered. Plaintiffs plan to file an amended complaint and plan to file a default judgment.

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

Funds. Plaintiff request a continuance of the Case Management Conference until June 21, 2016. Default has been entered against the Defendant. On April 11, 2016, Plaintiffs finalized settlement of a related payment bond claim and a claim to enforce a stop notice, with the General Contractor on a project, Fregoso Builders, Inc.

Pursuant to the finalized settlement agreement with the General Contractor on the claim against their payment bond and to enforce a stop notice, Plaintiffs have agreed to amend this complaint against Hettinger Electric to include the General Contractor as a plaintiff to the extent that they have made payments to the trust funds for benefits due by Hettinger Electric.

Plaintiffs will file and serve the amended complaint and prepare a default judgment against the defendant prior to the requested June 21st settlement conference.

Respectfully submitted,

Dated: April 12, 2016

/S/
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to June ~~21~~ 14, 2016, at 10:00 A.M., in Courtroom E, 15th Floor. Plaintiff will file an ~~update and proposed action~~ updated Case Management Statement seven (7) days prior to the Case Management Conference.

Dated: ____April 12, 2016____                 _Elijah D. Laporte_____
                                                                      JUDGE OF THE U.S. DISTRICT COURT