1  SUE CAMPBELL, SBN 98728
   CAMPBELL LAW OFFICE
2  370 George Hood Lane
   Palo Alto Ca. 94306
3  Phone:  (408) 277-0648
   Fax:     (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 JACK BUCKHORN AND ANISA M.          )   CASE NO.: 15-CV-04352 EDL
   THOMSEN AS TRUSTEES OF THE          )
11 REDWOOD EMPIRE ELECTRICAL           )   CASE MANAGEMENT
   WORKERS HEALTH AND WELFARE          )   CONFERENCE STATEMENT
12 TRUST FUND, REDWOOD EMPIRE          )   AND ~~PROPOSED~~ ORDER
   ELECTRICAL WORKERS PENSION          )
13 TRUST, JOINT ELECTRICAL INDUSTRY    )
   TRAINING PROGRAM, NATIONAL          )   Date: June 14, 2016
14 EMPLOYEES BENEFIT FUND,             )   Time: 10:00 A.M.
   AND REDWOOD EMPIRE ELECTRICAL       )   Place: Courtroom E, 15th Floor
15 WORKERS   WORK   RECOVERY   FUND,)
                                       )
16                                     )
                Plaintiffs,            )
17                                     )
   vs.                                 )
18                                     )
   MARLON EUGENE HETTINGER,            )
19 individually and doing business as  )
   HETTINGER ELECTRIC
20
                Defendant(s).
21 _____

22       Plaintiff in the above-entitled action submits this Case Management Statement and

23 proposed order, and requests that the court adopt it as the Case Management Order in this case.

24 Defendant has been served. Default has been entered. Plaintiffs have filed  an amended

25 complaint adding the Vacation Fund as a plaintiff Trust fund and adding Fregoso Builders, Inc.

26 as a plaintiff.

27                         **DESCRIPTION OF THE CASE**

28

**CAMPBELL LAW**
**OFFICE**                                       1
**370 George Hood Ln**    CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
**Palo Alto, CA 94306**          No. 15-CV-04352 EDL

1        This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

2    Funds. Plaintiff request a continuance of the Case Management Conference until August 23,

3    2016.

4        On April 11, 2016, Plaintiffs finalized settlement of a related payment bond claim and

5    a claim to enforce a stop notice, with the General Contractor on a project, Fregoso Builders, Inc.

6        Pursuant to the finalized settlement agreement with the General Contractor on the claim

7    against their payment bond and to enforce a stop notice, Plaintiffs have filed an amended

8    complaint against Hettinger Electric to include the General Contractor as a plaintiff to the extent

9    that they have made payments to the trust funds for benefits due by Hettinger Electric. Fregoso

10   has assigned their rights under the amended complaint to the Trust Funds pursuant to terms set

11   forth in the settlement agreement. The amended complaint will be served by mail on June 8,

12   2016 and will also be personally served.

13       Plaintiffs have been in settlement negotiations with Marlon Hettinger, the owner of

14   Hettinger Electric. The Plaintiffs would like to continue the case to August 23rd to attempt to

15   settle the amended complaint before filing motion for default judgment.

16                             Respectfully submitted,

17   Dated: April 12, 2016

18                           /S/_____
                             SUE CAMPBELL
                             Attorney for Plaintiff

19

20                                **ORDER**

21

22       The Case Management Conference is hereby continued to August 23, 2016, at 10:00

     A.M., in Courtroom E, 15th Floor. Plaintiff will file an update and proposed action seven (7)

23   days prior to the Case Management Conference.

24

25

26   Dated: June 9, 2016 _____

27                                  JUDGE OF THE U.S. DISTRICT COURT

28

**CAMPBELL LAW OFFICE**
**370 George Hood Ln**
**Palo Alto, CA 94306**

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. 15-CV-04352 EDL