# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JACK BUCKHORN, et al., | Case No. 15-cv-04352-EMC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER TO DEFENDANT TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED** |
| MARLON EUGENE HETTINGER, | |
| Defendant. | |

On October 13, 2017, the Court granted Plaintiffs' motion for leave to file a second amended complaint, notice of which was served by the Court on Defendant. *See* Docket No. 63. Plaintiffs served a copy of the Second Amended Complaint on November 8, 2017. *See* Docket No. 68. Defendant has not filed an answer to date and has not appeared at mandatory status conferences. Defendant is **ORDERED TO SHOW CAUSE** no later than February 16, 2018 why the Court should not enter a default for failure to timely answer the Second Amended Complaint. *See* Fed. R. Civ. P. 55(a).

**IT IS SO ORDERED**.

Dated: January 26, 2018

_____
EDWARD M. CHEN
United States District Judge