UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN, et al.,<br>        Plaintiffs,<br>    v.<br>MARLON EUGENE HETTINGER,<br>        Defendant. | Case No. 15-cv-04352-EMC<br><br>**ORDER FOR SUPPLEMENTAL FILING RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Docket No. 104 |

Plaintiffs have moved for summary judgment on their claim under Section 515 of the Employee Retirement Income Security Act ("ERISA") of 1974, 29 U.S.C. § 1145. Section 515 requires the plaintiff seeking to enforce an employee benefit plan to establish, *inter alia*, that the plan is a "multiemployer plan" as defined by § 3(1) of ERISA, 29 USC § 1002(37)(A). It does not appear that Plaintiffs have alleged in the complaint or shown in the materials filed in support of the instant motion that the benefit plans at issue are "multiemployer plans." Accordingly, Plaintiffs are ordered to file any such materials with the Court by September 24, 2018.

**IT IS SO ORDERED**.

Dated: September 19, 2018

                                              EDWARD M. CHEN
                                              United States District Judge