United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARLON EUGENE HETTINGER,<br><br>　　　　　Defendant. | Case No. 15-cv-04352-TSH<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 179 |

As the Ninth Circuit determined Plaintiffs did not properly allege a state law breach of contract claim in their Second Amended Complaint, they now seek leave to amend pursuant to Federal Rule of Civil Procedure 15(a).  ECF No. 179.  Defendants did not file an opposition.  The Court finds this matter suitable for disposition without oral argument and **VACATES** the August 13, 2020 hearing.  Civ. L.R. 7-1(b).

Having considered the relevant factors in deciding a motion for leave to amend, *see In re W. States Wholesale Natural Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013), and that leave to amend should be determined with "all inferences in favor of granting the motion," *Griggs v. Pace Am. Grp., Inc.*, 170 F.3d 877, 880 (9th Cir. 1999), the Court **GRANTS** Plaintiffs leave to file a third amended complaint by July 24, 2020.  No chambers copy is required.

**IT IS SO ORDERED.**

Dated: July 20, 2020

THOMAS S. HIXSON  
United States Magistrate Judge